Mr. Ellery pro Qúer. Moves That the Award made by the Referees and fyled with the Register of this Court May be made an Order of this Court.
Mr. Pinckney [34] pro Defendant That he has fyled Exceptions to the said Award and Prays That they may be first Argued.
*346 Ordered That the said Exceptions be Argued on Thursday next.
Adjourned to Thursday next the 20th Instant.
Hen Hargrave Deputy Register in Cane.

 Charles Pinckney (1699-1758), first native lawyer of South Carolina, was educated in England. He became attorney-general in 1736 and chief justice in 1752, but after six months was removed for a placeman, Peter Leigh. His second wife, Elizabeth Lucas, is remembered for her part in the introduction of indigo as a staple. (McCrady, ,S. C. under Royal Government, p. 473; SCHGM, XXXIX, 17.)